UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CASE NO.: 17-30684-KKS
CHAPTER 13 CASE

IN RE:

SHARON LEE BOUTWELL
AKA SHARON L. BOUTWELL
AKA SHARON BOUTWELL
Debtor(s).

_____/

**PRELIMINARY OBJECTION TO
CONFIRMATION OF PLAN**

MOVANT, SETERUS, INC., AS AUTHORIZED SUBSERVICER FOR FEDERAL
NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), A CORPORATION
ORGANIZED AND EXISTING UNDER THE LAWS OF THE UNITED STATES OF
AMERICA, a secured creditor, for property located at 6404 DA LISA RD, MILTON, FL 32583
by and through its undersigned attorney, objects to confirmation of Debtor's plan and states as
follows:

1. The movant intends to file a Proof of Claim that will show a total payoff amount of

   approximately $18,000.00 with an ongoing payment of approximately $388.58. The

   Note interest rate is 7.5%. Debtor's Plan fails to provide for full payment of that

   secured claim in violation of the requirements of §1325(a)(5). See Exhibit "A"

   attached.

2. The Plan as filed appears to seek a Cramdown of the mortgage debt, however that

   can not be accomplished as the property is over secured and all parties in interest are

   not before the Court. See Exhibit "B" attached.

17-01186

3.  Movant has not accepted the Plan.

4.  Movant reserves the right to file a supplemental objection.


WHEREFORE, Movant, SETERUS, INC., AS AUTHORIZED SUBSERVICER FOR

FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), A

CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE UNITED

STATES OF AMERICA, files this preliminary objection to confirmation of plan and moves the

Court to deny confirmation of said plan.

I HEREBY certify that a true and correct copy of the Preliminary Objection to

Confirmation of Plan was delivered to the addressees on the attached mailing list by First Class

U. S. Mail postage pre-paid and/or electronic mail this _31_ day of

_August_____, 2017.

> Choice Legal Group, P.A.
> P.O. Box 9908
> Fort Lauderdale, FL 33310-0908
> Telephone: (954) 453-0365/1-800-441-2438
> Facsimile:  (954) 771-6052
> Scott.Weiss@clegalgroup.com
>
> By: _____
> Scott R. Weiss, Esq.
> Bar Number: 0710910

17-01186

Mailing List for Bankruptcy Case No: 17-30684-KKS

U.S. TRUSTEE
UNITED STATES TRUSTEE
SUITE 128
110 E. PARK AVENUE
SUITE 128,

LEIGH D. HART, TRUSTEE
P.O. BOX 646
TALLAHASSEE, FL 32302

SHARON LEE BOUTWELL
6404 DALISA RD
MILTON, FL  32583

MARTIN S. LEWIS, ESQ
LEWIS & JURNOVOY, P.A.
1100 N. PALAFOX ST.
PENSACOLA, FL  32501

17-01186

Filing #58481604 E-Filed 06/30/2017 10:20:22 AM

File # 201726775
OR BK 3638 Pages .323 - 1326
RECORDED 06/30/17 15:40:46
Donald C. Spencer, Clerk
Santa Rosa County, Florida

DEPUTY CLERK ROB
#3
Trans # 715508

IN THE CIRCUIT COURT OF THE
1ST JUDICIAL CIRCUIT, IN AND FOR SANTA ROSA
COUNTY, FLORIDA
CIVIL DIVISION:
CASE NO.: 17000024CAMX

FEDERAL NATIONAL MORTGAGE
ASSOCIATION,
              Plaintiff,
VS.

DOROTHY L. SIMMONS A/K/A DOROTHY
SIMMONS A/K/A DOROTHY K. SIMMONS;
LVNV FUNDING, LLC ASSIGNEE OF LOWES;
SHARON LEE BOUTWELL; DARANDALL
SCOTT BOUTWELL; UNKNOWN SPOUSE OF
DARANDALL SCOTT BOUTWELL;
UNKNOWN SPOUSE OF DOROTHY L.
SIMMONS A/K/A DOROTHY SIMMONS;
UNKNOWN SPOUSE OF SHARON LEE
BOUTWELL; UNKNOWN TENANT IN
POSSESSION OF THE SUBJECT PROPERTY,
              Defendants.

## FINAL JUDGMENT OF FORECLOSURE

THIS ACTION was tried before the Court. On the evidence presented

IT IS ADJUDGED that:

1. Plaintiff, FEDERAL NATIONAL MORTGAGE ASSOCIATION, 14523 SW Millikan Way, Suite 200 Beaverton OR 97005, is due:

| | | |
|---|---|---|
| Principal | $ | 14,057.63 |
| Interest from 5/1/2016 to 6/29/2017 | $ | 1,223.06 |
| Escrow: | $ | 155.76 |
| Pre-Acceleration Late Charges | $ | 56.40 |
| Property Inspections | $ | 119.00 |
| Subtotal: | $ | $15,611.85 |
| Costs, now taxed: | | |
| Title Search & Review | $ | 150.00 |
| Clerk Filing Fee | $ | 497.50 |
| Service of Process | $ | 1,003.90 |
| Tenant Inspection Fee | $ | 55.00 |
| Subtotal: | $ | $1,706.40 |
| | | |
| Total: | $ | $17,318.25 |

that shall bear interest at the rate of 5.05% a year

2. Plaintiff holds a lien for the total sum superior to all claims or estate of the defendant(s), on the following described property in Santa Rosa County, Florida:

Electronically Filed Santa Rosa Case # 17000024CAMXAX 06/26/2017 10:44:06 AM
16-02458

Exh "A"

BEGIN AT THE NORTHWEST CORNER OF THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF SECTION 21, TOWNSHIP 1 NORTH, RANGE 28 WEST, SANTA ROSA COUNTY, FLORIDA; THENCE GO SOUTH 00 DEGREES 36 MINUTES 28 SECONDS EAST FOR A DISTANCE OF 410.48 FEET TO THE NORTHERLY RIGHT OF WAY LINE OF DA LISA ROAD: THENCE GO SOUTH 80 DEGREES 06 MINUTES 54 SECONDS EAST ALONG SAID RIGHT OF WAY LINE FOR A DISTANCE OF 91.74 FEET; THENCE GO NORTH 00 DEGREES 43 MINUTES 28 SECONDS WEST FOR A DISTANCE OF 428.21 FEET; THENCE GO SOUTH 88 DEGREES 44 MINUTES 16 SECONDS WEST FOR A DISTANCE OF 89.34 FEET TO THE POINT OF BEGINNING. THE ABOVE DESCRIBED PARCEL OF LAND CONTAINS 0.864 ACRES.
Property Address: 6404 DA LISA RD MILTON, FL 32583

3. If the total sum with interest at the rate described in Paragraph 1 and all costs accrued subsequent to this judgment are not paid, the foreclosure sale is hereby scheduled to take place on-line on ___August 3, 2017_____ at 11:00 AM at www.santarosa.realforeclose.com. The Santa Rosa County Clerk of Court shall sell the property described to the highest bidder for cash after giving notice as required by section 45.031, Florida statutes.

4. Plaintiff shall advance all subsequent costs of this action and shall be reimbursed for them by the clerk if plaintiff is not the purchaser of the property for sale, provided however, that the purchaser of the property for sale shall be responsible for the documentary stamps payable on the certificate of title. If Plaintiff is the purchaser, the clerk shall credit plaintiff's bid with the total sum with interest and costs accruing subsequent to this judgment, or such part of it as is necessary to pay the bid in full.

5. On filing the Certificate of Title, the Clerk shall distribute the proceeds of the sale, so far as they are sufficient, by paying: first, all of the plaintiff's costs which includes any additional advances; second, documentary stamps affixed to the Certificate; third, plaintiff's attorneys' fees; fourth, the total sum due to the plaintiff, less the items paid, plus interest at the rate prescribed in Paragraph 1 from this date to the date of the sale; and by retaining any remaining amount pending the further order of this court.

6. On filing of the Certificate of Sale, defendant(s) and all persons claiming under or against defendant(s) since the filing of the notice of lis pendens shall be foreclosed of all estate or claim in the property, except as to claims or rights under chapter 718 chapter 720, Florida Statutes, if any. Upon the filing of the certificate of title, the person named on the certificate of tile shall be let into possession of the property.

7. Jurisdiction is retained to enter further orders as are proper including, but not limited to writs of possession, determination of amounts due pursuant to sections 718.116 and/or 720.3085, Florida Statutes, reforeclosure motions, and deficiency judgments except where a discharge is applicable or personal service not obtained.

8. If Plaintiff is the Purchaser at the sale, Plaintiff's bid is hereby assigned to FEDERAL NATIONAL MORTGAGE ASSOCIATION, and the Clerk of Court is hereby directed to issue a Certificate of Title to assignee named therein.

NOTICE PURSUANT TO SECTION 45.031, FLORIDA STATUTES.
    IF THIS PROPERTY IS SOLD AT PUBLIC AUCTION, THERE MAY BE ADDITIONAL MONEY FROM THE SALE AFTER PAYMENT OF PERSONS WHO ARE ENTITLED TO BE PAID FROM THE SALE PROCEEDS PURSUANT TO THE FINAL JUDGMENT.

    IF YOU ARE A SUBORDINATE LIENHOLDER CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE, YOU MUST FILE A CLAIM WITH THE CLERK NO LATER THAN 60 DAYS AFTER THE SALE. IF YOU FAIL TO FILE A CLAIM, YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS.

    IF YOU ARE THE PROPERTY OWNER, YOU MAY CLAIM THESE FUNDS YOURSELF. YOU ARE NOT REQUIRED TO HAVE A LAWYER OR ANY OTHER REPRESENTATION AND YOU DO NOT HAVE TO ASSIGN YOUR RIGHTS TO ANYONE ELSE IN ORDER FOR YOU TO CLAIM ANY MONEY

16-02458

TO WHICH YOU ARE ENTITLED. PLEASE CHECK WITH THE CLERK OF THE COURT, 6865 Caroline Street, Milton, FL, 32570, (850) 981-5541, WITHIN TEN (10) DAYS AFTER THE SALE TO SEE IF THERE IS ADDITIONAL MONEY FROM THE FORECLOSURE SALE THAT THE CLERK HAS IN THE REGISTRY OF THE COURT.

IF YOU DECIDE TO SELL YOUR HOME OR HIRE SOMEONE TO HELP YOU CLAIM THE ADDITIONAL MONEY, YOU SHOULD READ VERY CAREFULLY ALL PAPERS YOU ARE REQUIRED TO SIGN, ASK SOMEONE ELSE, PREFERABLY AN ATTORNEY WHO IS NOT RELATED TO THE PERSON OFFERING TO HELP YOU, TO MAKE SURE THAT YOU UNDERSTAND WHAT YOU ARE SIGNING AND THAT YOU ARE NOT TRANSFERRING YOUR PROPERTY OR THE EQUITY IN YOUR PROPERTY WITHOUT THE PROPER INFORMATION. IF YOU CANNOT AFFORD TO PAY AN ATTORNEY, YOU MAY CONTACT FLORIDA RURAL LEGAL SERVICES, LEGAL SERVICES OF NORTH FLORIDA, INC. 118 SOUTH BAYLEN STREET PENSACOLA, FL 32501 PHONE: (850) 432-8222, TO SEE IF YOU QUALIFY FINANCIALLY FOR THEIR SERVICES. IF THEY CANNOT ASSIST YOU, THEY MAY BE ABLE TO REFER YOU TO A LOCAL BAR REFERRAL AGENCY OR SUGGEST OTHER OPTIONS. IF YOU CHOOSE TO CONTACT THE FLORIDA RURAL LEGAL SERVICES, YOU SHOULD DO SO AS SOON AS POSSIBLE AFTER RECEIPT OF THIS NOTICE.

ORDERED at SANTA ROSA County, Florida on _____, 20____.

eSigned by JOHN SIMON JR 06/29/2017 14:42:15 9mNSs6Ro

_____
Circuit Judge

Copies sent to:
Choice Legal Group, P.A.
P.O. Box 9908
Fort Lauderdale, FL 33310-0908
Telephone:      (954) 453-0365
Facsimile:      (954) 771-6052
Toll Free:      1-800-441-2438

DESIGNATED PRIMARY E-MAIL FOR SERVICE
PURSUANT TO FLA. R. JUD. ADMIN 2.516
**eservice@clegalgroup.com**

16-02458

## SERVICE LIST

Case No: 17000024CAMX

DOROTHY L. SIMMONS A/K/A DOROTHY SIMMONS A/K/A DOROTHY K. SIMMONS
5530 NORTHROP RD
MILTON, FL 32570

LVNV FUNDING, LLC ASSIGNEE OF LOWES
1201 HAYS STREET
TALLAHASSEE, FL 32301

SHARON LEE BOUTWELL
6404 DA LISA RD
MILTON, FL 32583

DARANDALL SCOTT BOUTWELL
5416 CAMILLE GARDENS CIR
MILTON, FL 325708313

UNKNOWN SPOUSE OF DARANDALL SCOTT BOUTWELL
6404 DA LISA RD
MILTON, FL 32583

UNKNOWN SPOUSE OF DOROTHY L. SIMMONS A/K/A DOROTHY SIMMONS N/K/A DOROTHY
SIMMONS
6404 DA LISA RD
MILTON, FL 32583

UNKNOWN SPOUSE OF SHARON LEE BOUTWELL
6404 DA LISA RD
MILTON, FL 32583

UNKNOWN TENANT N/K/A STEVE WALDROP
6404 DA LISA RD
MILTON, FL 32583

16-02458



# Santa Rosa County Property Appraiser
## Gregory S. Brown, CFA



| Sales In Area Sales In Section Sales In Subdivision | Previous Parcel | Next Parcel | Field Definitions | Return to Main Search | Santa Rosa Home |
|---|---|---|---|---|---|

## Owner and Parcel Information

| | | | |
|---|---|---|---|
| Owner Name | SIMMONS DOROTHY L | Today's Date | August 9, 2017 |
| Mailing Address | 6404 DA LISA RD | Parcel Number | 21-1N-28-0000-01881-0000 |
| | MILTON, FL 32583-7635 | Tax District | Bagdad (District 16) |
| Situs/Physical Address | 6404 DA LISA RD BAGDAD | 2016 Millage Rates | 13.5773 |
| Property Usage | SINGLE FAM (000100) | Acreage | 0 |
| Section Township Range | 21-1N-28 | Homestead | Y |

| Tax Collector Bill | Permits | Display Building Information | Show Parcel Maps | Generate Owner List By Radius | Show Zoning |
|---|---|---|---|---|---|

### Value Information

| | 2014 Certified Values | 2015 Certified Values | 2016 Certified Values |
|---|---|---|---|
| Building Value | $56,362 | $55,334 | $53,424 |
| Extra Feature Value | $2,000 | $2,000 | $2,000 |
| Land Value | $10,800 | $10,800 | $10,800 |
| Land Agricultural Value | $0 | $0 | $0 |
| Agricultural (Market) Value | $0 | $0 | $0 |
| Just (Market) Value* | $69,162 | $68,134 | $66,224 |
| Assessed Value | $54,289 | $54,723 | $55,106 |
| Exempt Value | $29,289 | $29,723 | $30,106 |
| Taxable Value | $25,000 | $25,000 | $25,000 |

"Just (Market) Value" description - This is the value established by the Property Appraiser for ad valorem purposes. This value does not represent anticipated selling price.

### Legal Description

LIFE ESTATE INTEREST RESERVED IN THE FOLLOWING DES: BEG NW COR OF SW4 OF NE4 TH S 00*36'28"E 410.48 FT TO NLY R/W DALISA RD TH S80*06'54"E ON R/W 91.74 FT TH N00*43'28"W 428.21 FT TH S 88*44'16"W 89.34 FT & POB AS DES IN OR 680 PG 675 & 1716 PG 1230 (LIFE EST) LESS ALL MINERAL RIGHTS

**The legal description shown here may be condensed for assessment purposes. Exact description should be obtained from the recorded deed.**

## Extra Features Data

| Description | Number of Items | Units | Year | Extra Feature Value |
|---|---|---|---|---|
| SHED | 1 | 1 UT | 1988 | $750 |
| STORAGE | 1 | 1 UT | 2007 | $500 |
| GARAGE | 1 | 1 UT | 2007 | $750 |

## Land Information

| Item | Land Code | Description | Zoning | Frontage | Depth | Unit Type | Land Units | Land Value |
|---|---|---|---|---|---|---|---|---|
| 1 | 000100 | SFR | R1M | 0 | 0 | 1 | LT | $10,800 |

## Sale Information

| Multi-Parcel Sale | Sale Date | Sale Price | Instrument | Deed Book | Deed Page | Sale Qualification | Vacant or Improved | Grantor | Grantee |
|---|---|---|---|---|---|---|---|---|---|
| No | 10-05-1998 | $ 100 | Warranty Deed | 1716 | 1230 | Unqualified | Improved | SIMMONS DOROTHY (RESERV LIFE EST INT) | BOUTWELL SHARON LEE (REM INT) |
| No | 03-01-1984 | $ 6,000 | Warranty Deed | 680 | 675 | Qualified | Vacant | | SIMMONS DOROTHY L |

| Sales In Area Sales In Section Sales In Subdivision | Previous Parcel | Next Parcel | Field Definitions | Return to Main Search | Santa Rosa Home |
|---|---|---|---|---|---|

The Santa Rosa County Property Appraiser's Office makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation. The Senior Exemption Does Not Apply to All Taxing Authorities. Just (Market) Value is established by the Property Appraiser for ad valorem tax purposes. It does not represent anticipated selling price. Working values are subject to change. Website Updated: August 7, 2017

© 2011 by the County of Santa Rosa, FL | Website design by qpublic.net

*Exh "B"*